335 A.2d 350
COMMONWEALTH of Pennsylvania
v.
Richard L. BERGER, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 25, 1974.

Decided April 17, 1975.

Harry A. Dower, Boyd G. Hixson, Allentown, for appellant.

George J. Joseph, Dist. Atty., Dean L. Foote, Asst. Dist. Atty., Allentown, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

The judgment of sentence is affirmed.

EAGEN, J., did not participate in the consideration and decision of this case.